**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NUMBER: 7:14-CR-19 (HL)** |
| : | |
| **BONNY LEE LEWIS** : | |
| _____ : | |

**ORDER OF CONTINUANCE**

   Defendant Lewis was indicted on June 11, 2014.  Defendant's initial appearance and arraignment were on June 24, 2014.  Defendant consented to pre-trial detention and remains in custody.  The discovery process in this case has just begun.  The government and Defendant have jointly moved for this continuance to permit time to pursue discovery and potentially resolve the matter.

   Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).  The time for filing motions in this case is also extended to not later than 14 days before the scheduled pretrial conference in this matter.

   It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for Defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

   SO ORDERED, this   27th    day of   June                , 2014.

                                           s/ Hugh Lawson
                                        HUGH LAWSON
                                        SENIOR DISTRICT JUDGE

Presented by:
s/Robert D. McCullers
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY